■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANTI BROOKER, Also Known as BROOKER SHANTI, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered on or about April 12, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Nardelli, Acosta and DeGrasse, JJ.